(May 31, 1938.)

TOMPKINS SQUARE PETROLEUM CORP., Respondent, v. CONSUMERS PETROLEUM CORPORATION, Appellant.— Order denying motion to dismiss amended complaint affirmed on argument, with twenty dollars costs and disbursements. Defendant may serve an answer within ten days from the entry of the order hereon if so advised. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.

CARL H. TROESTRUM, Respondent, v. AMERICAN-WEST AFRICAN LINE, INC., Appellant.— Counsel for respondent on argument of appeal having stated that plaintiff's proofs at the trial will be limited to the bill of particulars, contained in the record on appeal at page 10, the order granting plaintiff's motion to strike out the second separate defense contained in the answer is affirmed, without costs. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.

## THIRD DEPARTMENT, MAY, 1938.
### (May 4, 1938.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. C. & W. CONSTRUCTION CO., INC., and CONTINENTAL CASUALTY COMPANY, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOEBEL (and Another), Appellant.— Motion for permission to perfect appeal upon substitution of typewritten copies of record and brief denied. Motion that appeal be heard on the original record, and brief, denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CARL RICCI, Appellant, against BARNEY-AHLERS CONSTRUCTION COMPANY and UTICA MUTUAL INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal as a poor person from the decision of the State Industrial Board denied, on the ground that the decision is not appealable. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of GEORGE SCHAEFER, Appellant, against S. B. THOMAS, INC., and ZURICH ACCIDENT & LIABILITY INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal on typewritten record denied, upon the ground that the papers do not disclose a meritorious case; that a question of fact only was involved for the determination of the Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.